Name: Evander Henderson
Prison Number: 163074
Place of confinement: None
Mailing address: 3522 W 88th APT# 512
City, State, Zip: Anchorage, AK 99502
Telephone: (907) 240-4092


RECEIVED
SEP 09 2013
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Evander Henderson,
(Enter full name of plaintiff in this action)

Plaintiff,

vs. ADAM Alexander,

Municipality of Anchorage,

Tiffany Avery,

John Vandervalk,
(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Case No. 3:13-CV-00176-TMB
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

Defendant(s). ADAM Alexander

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of **Evander Henderson**, (print your name) who presently resides at **3522 W 88th APT #512 Anchorage, AK 99502**, (mailing address or place of confinement) were violated by the actions of the below named individual(s).

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Municipality of Anchorage__, is a citizen of
                        (name)
__Alaska__, and is employed as a _____.
 (state)                                (defendant's government position/title)

E.H **X** This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Tiffany Avery__, is a citizen of
                          (name)
__Alaska__, and is employed as _____.
 (state)                                (defendant's government position/title)

**X** This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __John VanderValk__, is a citizen of
                          (name)
__Alaska__, and is employed as a __police officer__.
 (state)                                (defendant's government position/title)

**X** This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

(A1)  Page 2 of 9

Prisoner § 1983
Form Effect. 6/09

#4 Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __ADAM Alexander__, is a citizen of
(name)
__AlASKA__, and is employed as a __District Attonary__.
(state)                                   (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____, is a citizen of
(name)
_____, and is employed as _____.
(state)                                   (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____, is a citizen of
(name)
_____, and is employed as a _____.
(state)                                   (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

(A2) Page 2 of 9

Prisoner § 1983
Form Effect. 6/09

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1,_____, is a citizen of
                                                       (name)
_____, and is employed as a_____.
        (state)                                              (defendant's government position/title)

\_\_\_\_\_This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

\_\_\_\_\_The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____, is a citizen of
                                                       (name)
_____, and is employed as _____.
        (state)                                              (defendant's government position/title)

\_\_\_\_\_This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

\_\_\_\_\_The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____, is a citizen of
                                                       (name)
_____, and is employed as a_____.
        (state)                                              (defendant's government position/title)

\_\_\_\_\_This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

\_\_\_\_\_The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
**THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about __7-30-12__, my civil right to __Due process__
(Date) (Medical care, access to the courts, due process,
__Freedom From cruel and unsusual punishment.__
freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened briefly and clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1.)

The defendant (Muni of ANchorage) acting under color of state law. John VanderValk wrongful conduct cause me. Emotional injury and physcial injury From withholding. Scentific Forensic eduidence From the AlASKA CouRTS. on Dec 11 2012 which. Cause me to be incartrated For 13 Months at the Anchorage jail (WESTSIDE) which left me homless lost of Clothing, Furiture, AlASKA Housing and DEMAGES to MY APTerment a Cause Of Violtion 5 AMendment and 14 Amendment. which i Fired my lawyeR and repented myself in a court of law and was aquit of the charge Sex ASSult 2 counts in the Second Degree. also Declamion of Carictor, Wrong full imprisoment, Falls ARRest, MENTAL STRESS & physical pain. i have lost 30 percent of MY Blood of MY Blood due to MY incarSaration at the ANchorage jail westside. ATTACK by inmates surrued PTDS EVEN More because im afraid of APD.

Prisoner § 1983
Form Effect. 6/09

Case 3:13-cv-00176-TMB   Document 1   Filed 09/09/13   Page 5 of 13

Claim 2: On or about  7-30-12 , my civil right to  due process
(Date)                          ( Medical care, access to the courts, due process,

freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened briefly and clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2.)

(DA) Adam Alexander under the color of state law wrongful conduct cause me emotinal injury and physcial injury from withholding scentific forensic edvidence from the anchorage courts on Dec.11,2012 which cause me to be incarated for 13 month in the Anchorage jail westside. which left me homless lost of clothing Furiture, AlASK Housing a cause violates of my Rights. which is a civil right act. of Due process, Freedom of and freedom from cruel and unusual punishment. a violtion of my 5 Amendment and 14 Amendment. which i fired my lawyer and repented myself in a court of law. and was aquit of 2 count of sexual Assult in the second Degree also - Declamion of caritor, wrongful inprisoment, Falls Arrest. i lost 30 percent of my blood incarated at the Anchorage jail. Attack by inmate due to these vall egation im affaid of APD which i take lot of medication.

Prisoner § 1983
Form Effect. 6/09

Claim 3: On or about 7-30-12, my civil right to DuE process
                (Date)                                    (Medical care, access to the courts, due process,

freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened briefly and clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3.)

On July 30, 2012 Tiffany Avery under the color of state LAW. Her allegation of a sexual Assult wrongful conduct cause emotional injury and physical injury. by her allegation i was assured of 2 counts of sexual Assult in the second Degree. which Left me homless. lost of clothing, Furiture, workout EQquitment, AlASKA Housing a cause of violates of my rights. which is a civil right acted. due process and Freedom From cruel and unusaul punishmenT. a violation my 6 Amendment and 14 AMendment. which i had to Firer my lawyer and repented myself in a court of law and was aquit of these charges of sexual ASsult in the Second degree of two counts. she also cause me. De clamion of Carictor, wrongful Imprisionment, FALL'S ARRest MENTEL STRESS. i have lost 30 percent of my own Blood. Due the stress of my inpisionment at the Anchorage jail ATTACK by inmates surred PTDS even more OF APD.

Prisoner § 1983
Form Effect. 6/09

Claim 4: THE Following civil Right has been violated DUE process FREEDOM FOR CRUEL unusual punishment

e.g.; due process, Freedom of Religion, Free Speech, Freedom of assocation and assembly, Freedom From cruel and unusual punishment etc. (List only one civil right violation)

SUPPORTING FACTS: (Briefly describe Fact you ~~feel~~ important to claim Claim 4. STATE what happened clearly in your own words. Do not cite legal authority or argument. be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 4. include DATES

Due TO THE Municipality OF ANCHORAGE

on December 11 2012

(Officer) John Vandervalk & (DA) ADAM Alexander Due to these state and Groverment Employee which acted under the color of state Law. wit holding DNA Scentific Evidences which cause due Process and Freedom From cruel and unusual punishment etc. as a result i was incarsarated in jail For 13 Months For allagation made by the defendant. Tiffany Avery which Claim she was sexy Assult by ME. but the DNA was incon stit. i recivied the DNA Scentific Evidences on March 23 2013 i though i would be aquit of these charges. they offer me a Deal of 15 yrs. and two more Deals for 10 yrs. a Cause of Viotation of my 5 Amendment and 14 Amendent. i also had to Firer my lawyer. repented myself in a court of law and won the case i was Aquit of two count of sexy Assult in the second Degree after 13 MonTH in the Anchorage jail (Westside) these people are Employee of the Municipality of Anchorage Alaska. maybe they need to be retain. i think they need to learn their JoBs all over again. instead of Trying toget a win under their Belt. and puttin innocent people in jail. PAGE ①

(A1)

Claim 4.

also due to my Declamion of carictor, wrongful Imprisoment ETC. FALL'S ARREST, MENTEL STRESS + Physical Pain, i have lose 30 percent of my own blood due to My Incarsatration at the Anchorage jail westside due to these allgation made by these defandant of sexual Assult i was Attack by inmates which cause me MENTEL stress + Physical Pain. i surrer from PTDS and had to be put on additional Medication. that i cannot afrod this medication also due to the stress surred ulcartive proctis i lose 30% of my Blood and taking all these Meds. and fear for my Life Due to the ANCHorage police Deparment. They also DeMAGE MY Propety as a result left me homless, lose of clothing, Furiture, workout Equiment, AlASKA Housing which they acted of under the Federal civil right ACT. a person acts under color of state law.

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Euandor Henderson

Defendant(s): Tiffany Avery, John Vandervalk, Adam Alexander Muni of Anchorage

Name and location of court: United State District Court ▇▇▇ For the District

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

b. <u>Lawsuit 2</u>:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court:_____

_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed  _____ Appealed  _____ Still pending

Issues Raised:_____

_____

_____

_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes __X__ No   If your answer is "Yes," describe each lawsuit.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: _____ frivolous, _____ malicious and/or _____ failed to state a claim

d. Issue(s) raised:_____

_____

e. Approximate date case was filed:_____ Date of final decision:_____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

Prisoner § 1983
Form Effect. 6/09

c. The case was dismissed as: _____ frivolous, _____ malicious and/or _____ failed to state a claim

d. Issue(s) raised: _____

_____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: _____ frivolous, _____ malicious and/or _____ failed to state a claim

d. Issue(s) raised: _____

_____

e. Approximate date case was filed: _____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** _____ Yes __X__ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority:

_____

_____

_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 3,000,000

2. Punitive damages in the amount of $ 500,000

3. An order requiring defendant(s) to issue me a written apology for me.

depriving of my civil rights to due process, equal protection, and Free From cruel and unual punishment.

4. A declaration that _____

_____

_____

5. Other: _____

_____

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at 3522 W 88th Anchorage, AK, 99502 on 9/6/2013
                        (Location)                                (Date)

_____
(Plaintiff's Signature)

_____     _____
Original Signature of Attorney (if any)                                    (Date)

_____

Attorney's Address and Telephone Number

Prisoner § 1983
Form Effect. 6/09

Case 3:13-cv-00176-TMB   Document 1   Filed 09/09/13   Page 13 of 13